IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Glen Sherwood and Carol Sherwood, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 12 C 794 |
| | ) | |
| NCO Financial Systems, Inc., a | ) | Judge Coleman |
| Pennsylvania corporation, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE

Plaintiffs, pursuant to settlement and F.R.C.P. Rule 41, hereby stipulate to the dismissal of their claims against the Defendant with prejudice.

Dated: March 14, 2012

One of Plaintiffs' Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2012, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on March 14, 2012, by 5:00 p.m.

NCO Financial Systems, Inc.
c/o Nicole Barrett
Sessions, Fishman & Nathan, LLP
55 W. Monroe Street
Suite 1120
Chicago, Illinois 60603


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com